STATE OF CONNECTICUT *v.* VALENCE HAYNES
(AC 21929)

Flynn, Bishop and McDonald, Js.

Argued May 29—officially released June 18, 2002

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

Per Curiam. This case is controlled by *State* v. *Patterson*, 236 Conn. 561, 674 A.2d 416 (1996).

The judgments are affirmed.